# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -7 PM 3:49

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN. MEMPHIS

**KEWAUNEE SCIENTIFIC CORPORATION,**   **JUDGMENT IN A CIVIL CASE**

      **Plaintiff,**

v.

**BEERS SKANSKA, INC.**   **CASE NO: 02-2905-B**
f/k/a Beers Construction Company,

      **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Notice Of Voluntary Dismissal With Prejudice entered on June 7, 2005, this cause is hereby dismissed with prejudice.


APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

6/7/05
Date

ROBERT R. DI TROLIO
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-8-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:02-CV-02905 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Jeffrey A. Belkin
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Robert L. Burchette
JOHNSTON ALLISON & HORD, PA
610 East Morehead St.
Charlotte, NC 28202

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Gary W. Welch
JOHNSTON ALLISON & HORD, PA
610 East Morehead St.
Charlotte, NC 28202

John I. Spangler
ALSTON & BIRD
1201 West Peachtree St.
Atlanta, GA 30309--342

Marc Louis Schatten
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable J. Breen  
US DISTRICT COURT